IH-32								Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

LUCIA MARANO,

on behalf of herself and all others
similarly situated,

**Plaintiff**

vs.

MARYMOUNT MANHATTAN COLLEGE,

**Defendant**

**Case Number**

1:22-cv-07027-UA

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Patrick Reynolds and Daniel Lewis,
on behalf of themselves and all others
similarly situated,

**Plaintiff**

vs.

Marymount Manhattan College

**Defendant**

**Case Number**

1:22-cv-06846-LGS

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Complaint was filed on August 11, 2022.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases are based on substantially similar factual allegations, arise out of the same data security incident, and involve overlapping claims and defenses.

Signature: /s/ Jonathan Sedgh         Date: 08/22/22

Firm: Morgan and Morgan